# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Darrian Daniels #K-91046
_____
Plaintiff

vs.

Susan Prentice
_____
_____
_____
Defendant(s)

) Case No. _____
)
)
)
)
)
)
)
)
)

PAGES 1-10
Exhibits A-D

SCANNED at PCC and E-Mailed
6/30/16 (date) by BS (initials)
17 (# of pages)

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Darrian Daniels #K-91046, and states as follows:

My current address is: Pontiac Illinois 700 West Lincoln Street. P.O. Box 99 Pontiac IL 61764

The defendant Susan Prentice, is employed as MAJOR Pontiac Correctional Center at Pontiac Illinois, 61764, P.O. Box 99

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____        (revised 9/96)
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe
_____
_____
_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☒    No ☐

C. If your answer to B is yes, how many? __4__   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:
   Plaintiff(s) Darrian Daniels #K-91046
   Defendant(s) Mitchell

2. Court (if federal court, give name of district; if state court, give name of county)
   Southern District of Illinois. East St. Louis

As indicated in paragraph three on the front of this form, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

3 of 10

- ADDitional Lawsuits.

| | |
|---|---|
| Assigned Judge: Daniels V. Mezo et al | Case Number: 14-1058 |
| Case Title: Deliberate inDifference and Excessive Force | |
| Appointed Attorney's Name: None | |
| If case is still pending, please check box: ☐ PendiN | |

| | |
|---|---|
| Assigned Judge: Daniels V. Pfister et al | Case Number: 14-1456 |
| Case Title: Retaliation and condition of confindment | |
| Appointed Attorney's Name: None | |
| If case is still pending, please check box: ☐ Penden | |

| | |
|---|---|
| Assigned Judge: Daniels V. Hubert et al | Case Number: |
| Case Title: Retaliation | |
| Appointed Attorney's Name: None | |
| If case is still pending, please check box: ☐ Dissmiss | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If case is still pending, please check box: ☐ | |

3. Docket Number/Judge

13-609

4. Basic claim made

Failure to Protect

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

Plaintiff won at trial. Have not received relief from Defendant

6. Approximate date of filing of lawsuit   2012

7. Approximate date of disposition

Jan. 13, 2016

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒  No ☐  If your answer is no, explain why not

C. Is the grievance process completed?  Yes ☒  No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

1) File Grievance on or around August 4, 2014.

2) NEVER RECEIVED A response on this Grievance.

3) went on a Hunger Strike because the counselor and Grievance office and warden refuse to Answer the Emergency Grievance.

4) Wrote a Grievance on this unanswer Grievance and received an response. (Ex. D) Attach.

5) Sent the response to the Grievance officer and never received it back.

6) Reported this very serious issue to internal Affairs and Springfield, never received a response.

## State of Claim

Place of the occurrence, Pontiac Correctional Center

Date of the occurrence, on or around August 4, 2014

(Witness William Spraggins)
\# M-21732

1. That plaintiff first wrote use to be Lieutenant Susan Prentice a grievance for continuing to deny him yard on several occasion July 8, 2014 in the west house in Pontiac C.C. (EX-A) attach.

2. That plaintiff then wrote use to be Lieutenant Susan Prentice a grievance for refusing to give us are required water while I was on the yard, and the temperature was above 90° degrees. (EX-B) attach.

3. That on or around August 4, 2014 use to be Lieutenant Susan Prentice made rounds in the west house and stop at my cell and told me, I got something for your ass since you want to keep writing me up.

4. That during yard time Lieutenant Prentice told plaintiff to get naked. I told her hell no what is you talking about. She stated, if I have a problem with her seeing my dick I am not never going to the yard again. Then plaintiff was refused his yard, by Ms. Prentice.

5) Shortly after the incident in the west cell house Ms Prentice came back to plaintiff cell 308 west house and told plaintiff to get naked. Plaintiff told her no then she stated if I don't take my cloth off she was going to put a sexual assault charge on plaintiff.

6) That due to plaintiff fear of getting a sex case falsified against him, I did what I was told by Ms Prentice.

7) After I got naked Ms Prentice told me to come to the bars, then she order me to stick my penis out the bars then she started masturbating me.

8) After that Ms Prentice told me to get on my knees, then she pull her pants down just enought to expose her vagina then told me to eat her vagina.

9) After I ate her vagina Lieutenant Prentice told me, if I say anything about this she was going to have me killed, after she left off the gallery I ask if someone witness her.

10) That Lieutenant Susan Prentice stated, everytime I write a grievance on her she gone make me eat her vagina, she then stated I should be happy I got choosen

11) Forcible sexual assault by a jail or prison official is excessive force. There is no "good-faith effort to restore or maintain discipline" involved.

12) I have one sign affidavit from william Spraggins #M-21732 he was housed next door when this sexual assault took place. (Ex-C) attach.

LEGAL BASIS

13) Allegation of sexual assault state Eighth Amendment claim Liner v. Goord, 196 F.3d 132, 135-36 (2d Cir 1999) Buddie v. Schnieder 105 F.3d 857, 861 (2nd Cir 1997) Giron v. Corrections Corp. of am 191.F.3d 1281, 1290 (10th Cir 1999)

14) Officials sexual abuse or rape itself "constitutes sufficient evidence that force was used "maliciously and sadistically for the very purpose of causing harm") Thomas V District of Columbia 887 F. Suppl, 4 (D.D.C 1995)

15) That I am mentally and emotionally damage from this forcible sexual assault and my life is in danger. And will never be the same.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Wherefore, Plaintiff respectfully prays that this court:
A. Declare that the acts and omissions describe herein violated Plaintiff rights under the constitution and law of the United States.
B. Order defendant to pay compensatory and punitive damages.
C. Grant other just and equitable relief that this Honorable Court deems necessary.

JURY DEMAND        Yes [X]    No [ ]

Signed this ___JUNE___ day of __29__, __2016__.

*Darrian Daniels*
(Signature of Plaintiff)

Name of Plaintiff: Darrian Daniels
Inmate Identification Number: K-91046
Address: 700 Lincoln St P.O. Box 99 Pontiac Il 61764
Telephone Number:

AO 240 (Rev. 9/96) _____

4. Do you have any cash or checking or savings accounts? ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NONE

I declare under penalty of perjury that the above information is true and correct.

6-29-16                    *Darrin / Daniels*
_____                   _____
DATE                       SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____ _____. I further certify that during the past six months the applicant's average balance was $ _____.

_____                   _____
DATE                       SIGNATURE OF AUTHORIZED OFFICER

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: 7-8-14 | Offender: Darrian Daniels | ID#: K-91046 |
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:** (Exhibit A)

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation — Deliberate indifference:
- [ ] Staff Conduct (checked)
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA — Retaliation/Harassment
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): cruel and unusual punishment
- [ ] Disciplinary Report: 7, 8, 14 — Pontiac
  Date of Report — Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This Grievance is brought against Pontiac Correctional Center Lieutenant Prentice for her intentional violation of my U.S Constitutional Rights by refusing inmate Daniels #K-91046 yard/exercise on several occasions.

Furthermore, this Grievant also contends that Pontiac C.C. Warden Randy Pfister, and Assistant Warden Annabelle Motteler and John/Jane Doe's, also violated his constitutional Rights in that they knowingly allowed for several Lieutenant including Lt. Prentice to continue their reckless and unprofessional

**Relief Requested:** That Lt Prentice be Fired; That I receive $50,000 for these issues.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Darrian Daniels    ID# K-91046    Date: 7, 8, 14

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 7, 10, 14
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Lt Prentice was contacted & stated she only denies people yard when they are not compliant with the rules and she stated she conducts are duties in a professional manner. Cells are sanitized before a new offender moves in. Lt. Vilt stated he conducts his duties in a professional manner also. Security can place you in any cell they determine is appropriate.

Print Counselor's Name: D Jones    Counselor's Signature: D Jones    Date of Response: 7, 10, 14

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date: ___/___/___

Distribution: Master File; Offender    Page 1    Printed on Recycled Paper    DOC 0046 (8/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

Behavior against inmate Daniels #K-91046. This been taken place since Daniels #K-91046 arrival to Pontiac C.C. 4-17-14.

-Facts-

July 8, 2014 Lieutenant Prentice denied inmate Daniels his required yard/exercise privilege in a very unprofessional manner. Daniels ask Lt Prentice, why is she being rude and why am I being denied yard, Lt Prentice stated, I run my cell house the way I want to run it, and if I want you to miss yard for whatever reason, that's what it is going to be. I then ask her for a grievance because her action was unprofessional, then she stated that's why you don't have anything coming right now. July 1, 2014 Lt. Prentice denied inmate Daniels his yard as well, when I ask her for a grievance she stated those things don't mean anything down here. Repeated denial by Lt Prentice prove's Retaliation/Harassment. Prisons must provide Prisoner's with opportunities for exercise outside of their cells. Keenen v Hall 83F.3d 1083, 1089 (9th Cir 1996) Delaney v. DeTella, 256 F.3d 679 (7th Cir 2001)

-Facts-

Inmate Daniels #K-91046 been force to live inside cells for inmates with Mental Health Issue's. There was blood, body fluids on the floor an wall and I Daniels was refuse the proper cleaning supplies to sanitize the cell. This was done by an unknown Lieutenant the first day I arrive to Pontiac.

-Facts-

Lt Vilt also harassed inmate Daniels by telling him he don't have anything coming in Pontiac since I have a lawsuit in on a long time friend of his warden Richard Harrington (Menard) Then he moved Daniels out of his cell 208 and place him in a cell for inmates that cause problems 217 behind the door. Then and unknown Lieutenant move Daniels out of that cell and put him in a cell with a Homosexual. Kenyatte Jackson S14049. That's very reckless. The Homosexual was one man status and didn't suppose to receive a cellmate. This harassment is repeated by Lieutenant and every issue has been Grievance and reported to warden Randy Pfister and Assistant warden Anabelle Motteler. (Help Denied).

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Exhibit (7)    20 OF 25

| | | |
|---|---|---|
| Date: 7·21·14 | Offender: Darrion Daniels (Please Print) | ID#: K-91046 |
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:** , Exhibit B.

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Deliberate indifference, cruel and unusual punishment.

- [x] Disciplinary Report: __7/21/2014__ __PONTIAC__
  Date of Report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

THIS GRIEVANCE IS BROUGHT AGAINST LIEUTENANT PRENTICE FOR HER INTENTIONAL VIOLATION OF MY US CONSTITUTIONAL RIGHTS IN THAT SHE KNOWINGLY ALLOWED FOR INMATE DANIELS #K-91046 AND SEVERAL INMATES TO BE PLACE ON THE YARD FOR 3 HOURS WITH TEMPERATURES ABOVE 90° DEGREE'S AND REFUSE TO GIVE US WATER.

FURTHERMORE, THIS GRIEVANT ALSO CONTENDS THAT WARDEN RANDY PFISTER AND HIS ADMINISTRATION IS FULLY AWARE OF THIS CRUEL AND UNUSUAL PUNISHMENT AND ALSO VIOLATED HIS

**Relief Requested:** That Lt. Prentice be Fired, That I be Paid $25,000 For This Reckless, unprofessional and unconstitutional behavior.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Darrion Daniels_    K91046    7,21,14
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 7,23,14
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Yard is only cancelled in extreme weather conditions where it is deemed necessary as determined by the Shift Commander.

D Jones          _Jones_          7,23,14
Print Counselor's Name    Counselor's Signature    Date of Response

### EMERGENCY REVIEW

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender        Page 1        DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

constitutional Rights by allowing this behavior to take place.

- FACTS -

On the above date inmate Daniels #K91046 and several other inmates ask Lieutenant Prentice for some water, due to the heat and the prevention of passing out! Lieutenant stated, I am not giving yall nothing, deal with it. Inmate Daniels have been denied several times by Lt. Prentice since his arrival to the west house.

Inmate Daniels have also complain about the no toilet facilities and no recreational activitys! what Pontiac Correctional Center yard is are cages that sit side by side that's the size of your cell.

The Eighth amendments Prohibition of cruel and unusual punishment also protects your Rights to safe and somewhat decent conditions in prison. Inmate Daniels is being denied (basic human conditions), "objective evidence, is factual evidence that you were deprived of a (basic human need)" and that's being explain in this grievance.

## SWORN AFFIDAVIT · Exhibit C ·

ON THE date of 8·4·14 I William Spraggins M21732 was in west House cell 210 Next Door To inmate Daniels. I Heard Lt Prentice Tell inmate Daniels That if he have a problem with Showing her His DICK, he will never go To The yard. After That Daniels was refuse The yard after The yard lines was out The building Lt. Prentice came back on 2 Gallery To Daniels cell 208 and Told Him To get naked. Daniels Told Her Hell No Then She Stated, if He don't Take off all his Cloths She was going To Put a Sexual assault Charge on him. after That She order Daniels To Stick his Penis out The bars Then She Started To masturbate Daniels. min's Later She Told Daniels To get on his knees. Then She open The front of her Pants and Pull Them down To only exposs The front of her vagina Then made Daniels Lick and Suck on Her vagina. after This Lt Prentice told Daniels if he say anything about This he will be Killed and he Should be happy a Lady chose him. after Lt Prentice Left The Gallery Daniels ASK was Their any body in The area That Just witness Lt Prentice Sexual assault Him. I Told him I heard The whole Thing and Saw what Happen and offered him This Affidavit.

I declare, under Penalty of Perjury That everything contained herein is True and accurate To The best of My knowledge and belief.

William Spraggins

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: DEC. 4 2014
Offender: DARRIAN DANIELS
ID#: K-91046
Present Facility: Pontiac
Facility where grievance issue occurred: Pontiac

**NATURE OF GRIEVANCE:** · Exhibit D ·

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA  Retaliation/Harassment
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Deliberate indifference

- [ ] Disciplinary Report: 12 / 4 / 2014   Pontiac C.C.
           Date of Report              Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

THIS GRIEVANCE IS brought AGAINST Pontiac Correctional Center RANDY PFISTER, ANABELLE MOTTELER AND Internal Affairs For THEIR INTENTIONAL Violation of my U.S constitutional Right's in THAT THEY knowingly acted with deliberate indifference by PLACING INMATE DANIELS #K-91046 BACK IN harms way "7 Gallery" After DANIELS #K-91046 Reported "Excessive Force" use By C/O HOWE, And

Furthermore, This Grievant also contends that Pontiac C.C. Major Prentice also violated his constitutional Rights

**Relief Requested:** THAT, he be compensated; That i receive A "EMERGENCY" Transfer, That They Be fired.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_[signature]_   K-91046   12 / 4 / 2014
Offender's Signature     ID#         Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 12 / 10 / 14
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: It is unclear whether you are regrieving an old issue or grieving something new. The original grievance should be sent to the next level once you receive it back from the Grievance Office.

D. Jones          _[signature]_   12/10/14
Print Counselor's Name    Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated.
   Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature   Date

Page 1   DOC 0046 (8/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

in that she threat'en inmate Daniels becuase of a law suit that was file on Randy Pfister, Anabelle Motteler, Lieutenant Vilt and Jeff Allen, and for placing Daniels in a suicide watch cell after he went on hunger strike that was contaminated "Body Fluids" wall & floor and was refuse cleaning supplies.

-Facts-

Now, upon returning to my North Cellhouse cell I was kick in my testicles by c/o Howe and he sneeze spit in my face! This took place shortly after I entered my assigned cell #734, while he was suppose to be taken off my leg cuffs. I wrote grievances to Randy Pfister, Anabelle Motteler and a letter to Internal Affairs and receive no response or help on this issue.

-Facts-

Because of this issue and other's that took place in the past, I went on Hunger Strike for Harassment, Sexual Harassment and Cruel and Unusual Punishment. Due to unanswered grievance, improperly placement, force in contaminated cells, receive unstable cellmate's that was one man status and a homosexual that hung himself just to be removed from a 2 man cell and receive magic shave cream with crush glass in it that cut my head up very bad! A grievance was written on all these issues and inmate Daniels never receive no response.

-Facts-

Now, I've also written several grievance on Major Prentice on harassment and & one sexual harassment grievance that never got responded to! Shortly after I file a civil rights complaint assistant warden Anabelle Motteler and Major Prentice was making rounds in the North Cellhouse, while I was trying to explain the harassment that I've been receiving in Pontiac C.C. assistant warden Motteler walk away from my door, when she was a few door's down "Motteler", Major Prentice came back to my cell and stated yes your being harassed, can't you see don't nobody care about your lawsuit. Springfield don't help people that file thoses and you know Pontiac don't care if you live or die and trust me people have died, one day you are not going to wake up, you went on a 2 week hunger strike and didn't receive any help. Her statement was very reckless, unprofessional and unconstitutional.