# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**

JUL 1 0 2017

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Darrian Daniels )
)
)
Plaintiff

vs.   )   Case Number: 16-1245
)
Susan Prentice, Major )
)

Defendant

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.**   This action came before the Court.   The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant and against the Plaintiff.

Dated: 7/10/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court